AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-mj-167 |
| Yehuda Ringel | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Yehuda Ringel.

Date: 05/15/2025

/s/ Ilana Haramati
*Attorney's signature*

Ilana Haramati, NY 4834602
*Printed name and bar number*

Meister Seelig and Fein
125 Park Ave., Suite 700
New York, NY 10017
*Address*

ih@msf-law.com
*E-mail address*

(646) 860-3130
*Telephone number*

(212) 655-3535
*FAX number*