F. #2025R00335

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                  25-MJ-167 (MMH)

YEHUDA RINGEL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Molly N. Delaney from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Molly N. Delaney
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6571
    Email: molly.delaney@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Molly N. Delaney at the email address set forth above.

Dated: Brooklyn, New York
June 10, 2025

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Molly N. Delaney
Molly N. Delaney
Assistant U.S. Attorney

cc: Clerk of the Court (MMH)